```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE MARIO PEREZ, JR.,                                             :
                                                                   :
                           Plaintiff,                              :
                                                                   :        19-cv-11736 (LJL)
            -v-                                                    :
                                                                   :           ORDER
SRP MANAGEMENT LLC and SAM'S 2ND AVENUE                            :
ALE HOUSE, INC.                                                    :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

LEWIS J. LIMAN, United States District Judge:

On September 2, 2020, the Court granted a motion to withdraw as counsel filed by the law firm representing corporate defendant Sam's 2nd Avenue Ale House, Inc., Dkt. No. 27, effective 30 days from the date of that Order.  *See* Dkt. No. 30.  The Court stayed the action in the interim.

The Clerk of Court is respectfully directed to effectuate the withdrawal of counsel and terminate the law firm of Dealy Silberstein & Braverman, LLP from the docket.  The stay is lifted.

SO ORDERED.

Dated: November 16, 2020
       New York, New York                      _____
                                                        LEWIS J. LIMAN
                                                   United States District Judge